# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC L. HARRIS,<br><br>        Defendant. | Case No. 21-CR-27-JPS<br><br><br>**ORDER** |

  On January 26, 2021, the grand jury returned a three-count indictment in which it charged Defendant with violations of 18 U.S.C. §§ 922(g)(1), 924(a)(2), (c)(1)(A)(i) and 21 U.S.C. § 841(a)(1), (b)(1)(C). (Docket #1). On August 9, 2021, the Government filed an Information charging Defendant with two counts of violating 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 924(c)(1)(A)(i). (Docket #14). That same day, the parties entered into a plea agreement as to Counts One and Two of the Information. (Docket #15). Thereafter, Defendant submitted a waiver of Indictment. (Docket #22).

  The parties appeared before Magistrate Judge Stephen C. Dries on December 17, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #23). Defendant entered a plea of guilty as to Counts One and Two of the Information. (Docket #24). After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Dries determined that the guilty plea was knowing and voluntary, and that the offenses charged were

supported by an independent factual basis containing each of the essential elements of the offense. (*Id.*)

Magistrate Judge Dries filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*) Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Dries' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Stephen C. Dries' Report and Recommendation (Docket #23) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 11th day of January, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge